1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ERIC J. FULLER,

11            Plaintiff,                         No. CIV S-09-1139 EFB P

12        vs.

13    JAMES TILTON, et al.,

14            Defendants.                        ORDER

15    _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17    U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

18    U.S.C. § 636(b)(1).

19        Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

20    Plaintiff's declaration makes the showing required by 28 U.S.C. § 1915(a)(1) and (2).

21    Accordingly, by separate order, the court directs the agency having custody of plaintiff to collect

22    and forward the appropriate monthly payments for the filing fee as set forth in 28 U.S.C.

23    § 1915(b)(1) and (2).

24        The court finds that, for the limited purposes of § 1915A screening, the complaint states

25    cognizable claims for relief against all defendants.

26    ////

1

1    Accordingly, it hereby is ordered that:

2        1.  Plaintiff's request to proceed *in forma pauperis* is granted.

3        2.  Plaintiff shall pay the statutory filing fee of $350.  All payments shall be collected in

4   accordance with the notice to the Director of the California Department of Corrections and

5   Rehabilitation filed concurrently herewith.

6        3.  Service is appropriate for defendants Tilton and Martel.

7        4.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an

8   instruction sheet and one copy of the April 27, 2009 pleading.

9        5.  Within 30 days from service of this order, plaintiff shall complete the attached Notice

10   of Submission of Documents and submit it to the court with the completed summons and USM-

11   285 forms and three copies of the endorsed April 27, 2009 pleading.

12        6.  Upon receipt of the necessary materials, the court will direct the United States

13   Marshal to serve defendants Tilton and Martel pursuant to Federal Rule of Civil Procedure 4

14   without payment of costs.  Failure to comply with this order will result in this action being

15   dismissed.

16   Dated:  December 18, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC J. FULLER,

11             Plaintiff,                    No. CIV S-09-1139 EFB P

12        vs.

13   JAMES TILTON, et al.,

14             Defendants.            NOTICE OF SUBMISSION OF DOCUMENTS

15   _____/

16        Plaintiff hereby submits the following documents in compliance with the court's order

17   filed _____:

18             __1__        completed summons form

19             __2__        completed forms USM-285

20             __3__        copies of the April 27, 2009 Complaint

21   Dated:

22

23                                          _____
                                                        Plaintiff

24

25

26

                                            3